Filed 8/14/18

**CALIFORNIA COURT OF APPEAL**
**FIRST APPELLATE DISTRICT**
**DIVISION FOUR**


DAVID LACAGNINA,
    Plaintiff and Appellant,
    v.
COMPREHEND SYSTEMS, INC., et al.,
    Defendants and Respondents.

A147559
San Mateo County
Sup. Ct. No. CIV528251

BY THE COURT:

    Due to a typographical error on page 24 of this court's August 3, 2018 opinion, which has been certified for partial publication, the name for counsel for appellant is incorrectly spelled as Steven F. Henry.

    The correct spelling is Stephen F. Henry.  Thus, line 3 on page 24 should read:

Counsel for Appellant:       Stephen F. Henry.


Date:_____    _____P.J.

| | |
|---|---|
| Trial Court: | San Mateo County Superior Court |
| Trial Judge: | Hon. Steven L. Dylina |
| Counsel for Appellant: | Stephen F. Henry |
| Counsel for Respondent: | Gordon & Rees, Don Willenburg, Michael A. Laurenson |

*Lacagnina v. Comprehend Systems, Inc.* (A147559)